UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRIE WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:02CV00163 AGF |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on Plaintiff's unopposed motion for leave to file a Second Amended Complaint, which adds three Defendants.

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion for leave to file a Second Amended Complaint is **GRANTED**. [Doc. #108]

**IT IS FURTHER ORDERED** that Plaintiff's failure to file timely proof of service as to the three new Defendants shall result in the dismissal **with prejudice** of any unserved Defendant.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of April, 2006.